IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE DOUGLAS SANDERS,    CV 06-1558-AS

    Petitioner,    ORDER

  v.

BRIAN BELLEQUE,

    Respondent.

MARSH, Judge.

    Magistrate Judge Ashmanskas filed his Findings and Recommendation on October 16, 2007. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. *See* 28 U.S.C. § 636(b)(1)(C); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,* 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

    Petitioner filed timely objections. I have, therefore, given the file of this case a *de novo* review. I do not find any error. Accordingly, I ADOPT the Findings and Recommendation (#34) of Magistrate Judge Ashmanskas.

    IT IS SO ORDERED.

    DATED this  16  day of November, 2007.

                             /s/ Malcolm F. Marsh
                              Malcolm F. Marsh
                              United States District Judge